**ANTHONY H. MASON**
CHAPTER 7 TRUSTEE
PO BOX 22057
PHOENIX, AZ 85028-0057
(602) 808-7770

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>JACOB EUGENE EDWARDS<br>AMY LEANN HANSON<br><br>Debtors. | Chapter 7<br><br>Case No.: 2:20-bk-07992-MCW<br><br>**TRUSTEE'S WITHDRAWAL OF REPORT OF NO DISTRIBUTION AND MOTION TO REOPEN CASE AND NOTICE OF LODGING PROPOSED ORDER** |

Anthony H. Mason, Trustee of the above-captioned estate, has previously filed a Report of No Distribution. The Trustee has learned that there are now assets to be administered. The Trustee hereby withdraws the Report of No Distribution and moves to re-open this case so that these assets may be administered.

The reopening fee is remitted herewith.

**NOTICE IS HEREBY GIVEN** pursuant to Local Rule 9022-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Arizona, that the proposed form of Order attached hereto as **Exhibit "A"** was lodged with the United States Bankruptcy Court this 14th day of May 2021.

DATED this 14th day of May 2021.

                                                  /s/ Anthony H. Mason
                                                 Anthony H. Mason, Trustee

| | |
|---|---|
| 1 | |
| 2 | COPY of the foregoing mailed this<br>14th day of May 2021 to: |
| 3 | |
| 4 | United States Trustee<br>230 N 1st Avenue, Suite 204 |
| 5 | Phoenix, AZ 85003 |
| 6 | Jacob Eugene Edwards |
| 7 | Amy Leann Hanson<br>7034 W. Cypress Street |
| 8 | Phoenix, AZ 85035<br>*Debtors* |
| 9 | |
| 10 | Thomas Adams Mcavity<br>Phoenix Fresh Start Bankruptcy Attorneys |
| 11 | 4131 Main Street<br>Skokie, IL 600762780 |
| 12 | *Attorneys for Debtors* |
| 13 | By: */s/ Karen Lohmeyer* |